CUMMER LUMBER COMPANY, Respondent, *v.* THE ASSOCIATED MANUFACTURERS' MUTUAL FIRE INSURANCE CORPORATION OF THE STATE OF NEW YORK, Appellant.

*Cummer Lumber Co.* v. *Associated Manfrs.' Ins. Co.*, 67 App. Div. 151, affirmed.

(Argued January 30, 1903; decided February 10, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 26, 1901, affirming a judgment in favor of plaintiff entered upon the report of a referee.

*Archibald C. Shenstone* for appellant.

*William B. Ellison* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Absent: O'BRIEN, J.